UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO DEGRANDIS,<br><br>            Plaintiff,<br><br>   v.<br><br>EDWARD ALEXANDER NAGY, et al.,<br><br>            Defendants. | Case No. 15-cv-05272-EDL<br><br>**ORDER TO SHOW CAUSE** |

By court order filed on November 19, 2015, this case was set for an initial case management conference on February 16, 2016 at 10:00 a.m. Plaintiff, who is representing himself, did not appear on February 16, 2016 for the case management conference. Nor did he file a case management conference statement as required by the November 19, 2015 court order.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's response to this Order to Show Cause shall be due no later than March 14, 2016. It is further ordered that if Plaintiff fails to file a response to this Order to Show Cause by March 14, 2016, the Court will recommend dismissal of the action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO DEGRANDIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWARD ALEXANDER NAGY, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-05272-EDL<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　　That on February 19, 2016, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tito Degrandis
249 West Jackson Street, #330
Hayward, CA 94544

Dated: February 19, 2016

　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Stephen Ybarra, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable ELIZABETH D. LAPORTE

2