IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO DEGRANDIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALEXANDER NAGY, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-05272-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 9 |

　　　Before the Court is Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, filed March 15, 2016, by which Magistrate Judge Laporte recommends the Court dismiss the above-titled action without prejudice for failure to prosecute. No objection to the Report and Recommendation has been filed.

　　　Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

　　　Accordingly, the above-titled action is hereby DISMISSED without prejudice.

　　　**IT IS SO ORDERED.**

Dated: April 6, 2016

MAXINE M. CHESNEY
United States District Judge